No. 99–8530. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8534. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8536. PARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8537. BANKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–8542. BONOWITZ ET AL. v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 99–8544. ABRAM v. DEPARTMENT OF AGRICULTURE. C. A. 8th Cir. Certiorari denied.

No. 99–8547. PULIDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8550. LAWSON v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 99–8558. PETERSON ET UX. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 99–8559. HOLLAND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8561. EIDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8562. MONACO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8563. BEERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8567. FRIPP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8568. HALL v. CALBONE, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8569. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.